## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEICESTER BRYCE STOVELL,<br><br>    Plaintiff,<br><br>    v.<br><br>GLORIA M. JAMES *et al.*,<br><br>    Defendants. | Civil Action No. 10-1059 (CKK) |

## ORDER
(September 14, 2011)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 14th day of September, 2011, hereby

**ORDERED** that Defendants' [9] Motion to Dismiss Plaintiff's Complaint is GRANTED; it is further

**ORDERED** that Plaintiff's [14] Motion for Leave to Amend the Complaint is DENIED; it is further

**ORDERED** that Plaintiff's [16] Request for Leave to File Supplemented Memorandum in Opposition and Supplemental Points and Authorities is GRANTED; and it is further

**ORDERED** that this action is dismissed.

**SO ORDERED.**

*This is a final, appealable Order.*

Date:   September 14, 2011

                                                */s/*_____
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge